# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case No: 8:14-cv-2189-T-30AEP

JAMES M. ENRIGHT, 1025 W MICHIGAN LAND TRUST, 5912 31ST STREET LAND TRUST, PINELLAS COUNTY TAX COLLECTOR, SUNSHINE STATE TAX LLC, CITRUS CAPITAL, LLC and JAMES ENRIGHT TRUST,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the United States of America's Application for Entry of Clerk's Default against the 1025 W. Michigan Drive Land Trust, 5912 31st Street Land Trust, and James Enright Land Trust (Dkt. #29). The Plaintiff, United States, seeks a clerk's default against the Defendant James M. Enright as Trustee for the 1025 W. Michigan Drive Land Trust, 5912 31st Street Land Trust, and James Enright Land Trust (the "Trust Entities") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

The Court previously denied entry of a clerk's default against Enright as Trustee of the Trust Entities, specifically noting that the Trust Entities were corporate in nature and therefore, could only proceed in this matter through counsel. *See* Dk. # 24. Because Enright

is proceeding *pro se,* the Court granted him twenty (20) days to obtain an attorney to represent the Trust Entities, failing which would result in an entry of a clerk's default against them. No attorney has appeared on behalf of the Trust Entities within the time allotted, therefore the Motion is due to be granted.

It is therefore **ORDERED AND ADJUDGED** that:

1. United States of America's Application for Entry of Clerk's Default against the 1025 W. Michigan Drive Land Trust, 5912 31st Street Land Trust, and James Enright Land Trust (Dkt. #29) is GRANTED.

2. The Clerk of Court shall enter a clerk's default against 1025 W. Michigan Drive Land Trust, 5912 31st Street Land Trust, and James Enright Land Trust.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of March, 2015.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-2189 default 29.docx