# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES M. ENRIGHT, individually and as Trustee )<br>for 1025 W. MICHIGAN DRIVE LAND TRUST; )<br>5912 31ST STREET LAND TRUST; and )<br>JAMES ENRIGHT TRUST; PINELLAS COUNTY )<br>TAX COLLECTOR; SUNSHINE )<br>STATE TAX, LLC; CITRUS CAPITAL, LLC )<br>)<br>Defendants. ) | Civil Action No. 8:14-cv-2189 –JSM |

## ORDER DIRECTING DISTRIBUTION OF THE REGISTRY FUNDS
### (Property 2)

Upon consideration of the Joint Motion for Distribution of Funds (ECF No. 65), and good cause having been found, the Court GRANTS the motion.

Therefore, pursuant to 28 U.S.C. §§ 2041 and 2042 and Federal Rule of Civil Procedure 67, it is ORDERED that the Clerk of this Court distribute the funds deposited into its registry in this action as follows:

a. To the United States (payable to the Internal Revenue Service, and sent to Internal Revenue Service, ATTN: Sharon Sullivan, PALS, 7850 SW 6th Court MS 5780, Plantation, FL 33324), as reimbursement for expenses incurred in selling Property 2: $1,251.94;

b. To Pinellas County, (payable to Diane Nelson, Pinellas County Tax Collector, and sent to her at P.O. Box 4005, Seminole, FL 33775-4005 for Parcel 35/30/16/00000/320/1700) for 2013, 2014 and 2015 real property taxes on Property 2: $5,059.86;

    c.    To Sunshine State Tax, (payable to US Bank as c/f Sunshine State Tax, LLC and sent to PO Box 645040 Cincinnati, OH 45264-5040 for Parcel 35/30/16/00000/320/1700), for their tax certificate for 2012 real property taxes on Property 2: $1,443.84;

    d.    To the United States, (payable to the United States Department of Justice, and sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044) for application against the outstanding federal income tax liabilities of James M. Enright, the remaining proceeds: $63,244.36;

    e.    Any interest that has accrued upon the amounts which have been deposited into the Court's registry or any other funds remaining in its registry to the United States, (payable to the United States Department of Justice, and sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044) for application against the outstanding federal income tax liabilities of James M. Enright.

DONE AND ORDERED in Tampa, Florida this 23 day of MAY, 2016.

_____
JAMES S. MOODY, JR.
United States District Judge

Copies to:

Unrepresented Parties
Counsel of Record